## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELIJAH JOHNSON, individually, and as Natural Parent of A.J., a minor child, C.J., a minor child, H.J., a minor child, and E.J., a minor child, <br><br>    Plaintiffs,<br><br>v.<br><br>STANLEY ANDERSON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-25-1489-SLP<br>)<br>)<br>)<br>)<br>) |

### **O R D E R**

Before the Court is Defendant LB Horton, LLC's Partial Motion to Dismiss [Doc. No. 4]. Subsequent to the filing of Defendant's Motion, Plaintiff filed an Amended Complaint [Doc. No. 10]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, LB Horton, LLC's Partial Motion to Dismiss [Doc. No. 4] is DENIED as MOOT.

IT IS SO ORDERED this 8th day of January, 2026.

SCOTT L. PALK  
UNITED STATES DISTRICT JUDGE